IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-391-RJC-DCK

| | |
|---|---|
| **JOSHUA GALLE,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ATRIUM HEALTH, INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Abbey Krysak, concerning Thomas Lester Dickens, III on July 21, 2020. Thomas Lester Dickens, III seeks to appear as counsel *pro hac vice* for Plaintiff Joshua Galle. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Thomas Lester Dickens, III is hereby admitted *pro hac vice* to represent Plaintiff Joshua Galle.

Signed: July 21, 2020

David C. Keesler
United States Magistrate Judge