IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Joshua Galle,<br><br>        Plaintiff,<br><br>vs.<br><br>Atrium Health, Inc.,[1]<br><br>        Defendant. | Civil Action No. 3:20-cv-00391<br><br>**DEFENDANT'S MOTION FOR PARTIAL DISMISSAL** |

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant the Charlotte Mecklenburg Hospital Authority d/b/a Atrium Health ("Defendant" or "Atrium Health"), by and through its undersigned counsel, hereby moves this Court to dismiss Counts II and III of the Complaint (Dkt. No. 1) for Plaintiff Joshua Galle's ("Plaintiff") failure to state a claim upon which relief can be granted. With respect to Count II for alleged discrimination and retaliation in violation of the ADAAA, Plaintiff failed to allege or otherwise demonstrate that he complied with the administrative prerequisites to filing this lawsuit. Similarly, with respect to Count III, the Complaint fails to plead sufficient facts to establish any legally cognizable breach of contract claim.

Accordingly, and for the reasons detailed in Defendant's contemporaneously-filed Memorandum in Support of this Partial Motion to Dismiss, Plaintiff's ADA/ADAAA and breach of contract claims should be dismissed, with prejudice.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

---

[1] The correct defendant entity in this matter is the Charlotte Mecklenburg Hospital Authority d/b/a Atrium Health, which respectfully requests that the correct entity name be substituted in this lawsuit's caption.

Dated: August 24, 2020            /s/Elizabeth H. Pratt
                                  _____
                                  Stephen D. Dellinger, Bar No. 16609
                                  sdellinger@littler.com
                                  Elizabeth H. Pratt, Bar No. 46132
                                  epratt@littler.com
                                  LITTLER MENDELSON, P.C.
                                  Bank of America Corporate Center
                                  100 North Tryon Street, Suite 4150
                                  Charlotte, NC  28202
                                  Telephone:     704.972.7000
                                  Facsimile:     704.333.4005

                                  *Attorneys for Defendant Atrium Health*

# CERTIFICATE OF SERVICE

This is to certify that on August 24, 2020, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants in this case.

Matt Vilmer
Abbey M. Krysak
Weaver, Bennett & Bland, P.A.
196 N. Trade Street
Matthews, NC 28105

Thomas L. Dickens, III
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801

*Attorneys for Plaintiffs*

*/s/ Elizabeth H. Pratt*
Elizabeth H. Pratt
