# EXHIBIT A



*Edward J. Brown III*
*Chairman*

*Eugene A. Woods, FACHE*
*President and CEO*

June 28, 2019

Josh Galle
1030 Birchdale Drive
Milton, GA 30004

Dear Josh,

This letter is to confirm our employment offer for the Human Resources Strategic Business Partner with Atrium Health. This position has a starting salary of $6,538.46 per pay period (bi-weekly) or if annualized over 26 pay periods, $170,000. You will be eligible to participate in the Management Annual Incentive Plan (MAIP) at 15% for 2020.

You will also receive a sign-on bonus of $37,750 payable within 30 days of your start date. In addition, should you leave Atrium Health before one year, you will have to refund a prorated amount of the sign-on bonus to Atrium.

Atrium Health will provide you a relocation stipend of $24,000 intended to cover your relocation expenses plus estimated taxes. The stipend will be paid out within 45 days of your start date.

The stipend is intended to cover relocation expenses such as travel, meals and lodging for pre-move house hunting trips; moving household goods and personal effects, travel to the new residence, in-transit storage and insurance. If you voluntarily resign your employment before completing twelve months of employment, you agree to refund the relocation bonus paid by Atrium in connection with this offer.

In addition, we will provide you with temporary housing, if necessary, in a corporate apartment for up to three (3) months, with additional extension to 6 months if needed. If you have any questions regarding either your relocation or temporary housing, please feel free to contact Mary Underdown at (704) 631 0322.

This offer is contingent upon the completion of a successful background check and health assessment. Prior to your start date, a health assessment must be completed which includes a drug screening that is required of all employees. You are asked to bring your immunization records. During the health assessment, you will be asked to provide two forms of acceptable documentation for the completion of Immigration and Naturalization Form I-9.

You will also be required to complete a DDI assessment at a time and location to be determined between you and your area Vice President. This assessment will be used for personal development purposes and is required to be completed within 60 days of offer execution.

As a new team member of Atrium Health, there are four words you will hear often and that will become a part of your everyday routine.  These words describe our Values…

- **Commitment** – we are dedicated to Atrium Health, taking pride in our organization and in our jobs, projecting a professional image and striving to be the best in all we do.

- **Caring** – we treat our customers with dignity, giving them courtesy and gentleness they need.  We are helpful, we listen, we communicate, we respond to patient needs.

- **Teamwork** – we respect the professionalism and contributions of our co-workers, understand that physicians are an integral part of the team, value diversity in all its forms and recognize that people are our greatest asset.

- **Integrity** – we honor and uphold confidentiality, are honest and ethical, keep our commitments, accept responsibility for our actions and respect the rights of patients, families, and each other.

Congratulations on your new position with Atrium Health. We look forward to your joining our dynamic healthcare system. If you have any questions prior to your start date, please contact me at (704) 631 0248.

Sincerely,

Janet Alinapo
Sr. HR Consultant
Leadership Search
**Atrium Health**



RELOCATION AGREEMENT

As a Carolinas HealthCare System (CHS) teammate for a designated **Human Resources Strategic Business Partner** position, you are eligible to receive a relocation lump sum bonus of **$24,000.** This relocation lump sum bonus excludes:

- Previous Atrium/CHS teammates who ended employment from CHS less than 180 days ago; and
- Current teammates already working at managed, leased or owned CHS facilities.

To qualify for the relocation bonus according to the IRS guidelines and System policy as follows:

- I must work full time (Carolinas HealthCare System guidelines for this include 32 scheduled hours/week or above as full-time) during the first 12 months after I start in my new job.
- I must meet the "distance test." The move will meet the distance test if my new job location is at least 50 miles farther from my former home than my old job location. For example, if current job is 3 miles from current home, the new job location must be more than 53 miles from former home.
- My move must be closely related to the start of work at my new location – within 12 months of starting to work at Carolinas HealthCare System.

The bonus schedule is as follows:

- This bonus will be paid within 45 days of the start of employment.

***Applicable taxes will be deducted from each payment**

In order to receive the full relocation bonus amount, you must remain employed at the same standard hours agreed upon at your date of hire. If your employment ends for any reason, or your standard hours decrease, prior to one year of employment, you agree to pay back the amount of the bonus.

*Return this signed bonus form on or before the below orientation / hire date.*

Talent Consultant Name (Print) ___Janet Alinapo_____

Teammate Name (Print) _____Josh Galle_____

Teammate Signature _____     Date ____/____/____

Orientation / Hire Date __tbd__



# Carolinas HealthCare System

## Human Resources Strategic Business Partner

### *Sign-On Agreement*

As a teammate selected for a designated *Human Resources Strategic Business Partner* with Atrium Health, you are eligible to receive a sign-on bonus of $37,750

**This sign-on bonus excludes:**

- **Contract teammates who have worked for the System in the last 180 days**
- **Previous Carolinas HealthCare System teammates who have been terminated from Carolinas HealthCare System/Atrium Health less than 180 days**

**Bonus Schedule**

This bonus will be paid at the following interval:

| Payment Interval | Bonus Payment Amount* | Payment Period |
|---|---|---|
| One-time payment | $37,750 | Payable within first 30 days of hire date |

*Applicable taxes will be deducted from the payment

**Termination of Employment**

If your employment is terminated for any reason, either voluntarily or involuntarily, before the completion of 12 months of consecutive service in the new position, you agree to repay a pro rata payment amount based on your hire date. You agree to surrender any final paycheck toward payment at termination. If we are unable to collect payment from your final check, you will be notified by mail, the pro rata amount due to Atrium Health and payment will be due in full.


Janet Alinapo_____          ____Josh Galle_____ ____
Sr. HR Consultant                                         Teammate Name (Please Print)
Leadership Search (Please Print)


07/15/2019_____ _____          _____
Hire Date or Transfer Date                                  Teammate Signature

**FOR HR PURPOSES**:


_____          _____
            EVP Approval                                                 Date

☑         Email Approval Attached