IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-391-RJC-DCK

| | |
|---|---|
| JOSHUA GALLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE CHARLOTTE MECKLENBURG ) | |
| HOSPITAL AUTHORITY, d/b/a ATRIUM ) | |
| HEALTH, and KORN FERRY HAY GROUP, ) | |
| INC., ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 59) filed by Zebulon D. Anderson, concerning Derek A. Sutton, on April 28, 2021. Derek A. Sutton seeks to appear as counsel *pro hac vice* for Korn Ferry (US). Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 59) is **GRANTED**. Derek A. Sutton is hereby admitted *pro hac vice* to represent Korn Ferry (US).

**SO ORDERED**.

Signed: April 28, 2021

David C. Keesler
United States Magistrate Judge