# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-391-RJC-DCK

| | |
|---|---|
| JOSHUA GALLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| THE CHARLOTTE-MECKLENBURG | ) |
| HOSPITAL AUTHORITY d/b/a | ) |
| ATRIUM HEALTH, and | ) |
| KORN FERRY HAY GROUP, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Joint Motion For Stay" (Document No. 70) filed June 18, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

By the instant motion, Defendants request a stay of all deadlines until after the Court has ruled on the pending motions to dismiss. (Document No. 70) (citing Document Nos. 29 and 44). Defendants seek to avoid "potentially incurring significant, unnecessary expenses associated with preparing for summary judgment and trial on claims that the Court may dismiss pursuant to Defendants' Rule 12 motions." (Document No. 71, p. 5). Plaintiff opposes the request for a stay. (Document No. 74).

The undersigned agrees with Defendants' position. It appears that it would promote judicial economy and efficient case management to have a ruling on the pending motions prior to

the parties preparing summary judgment motions and/or for trial. However, instead of allowing a stay the undersigned finds that extending the current deadlines should provide the relief requested while providing more certainty about the case deadlines.

**IT IS, THEREFORE, ORDERED** that "Defendants' Joint Motion For Stay" (Document No. 70) is **GRANTED with modification**.

**IT IS FURTHER ORDERED** that the case deadlines are revised as follows:

| | |
|---|---|
| Mediation Report | **August 20, 2021** |
| Dispositive Motions | **September 17, 2021** |
| S.J. Oral Arguments | **On or about October 25, 2021** |
| Trial | **January 3, 2022**. |

**SO ORDERED**.

Signed: July 8, 2021

David C. Keesler
United States Magistrate Judge