# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-391-RJC-DCK

| | | |
|---|---|---|
| JOSHUA GALLE, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLOTTE-MECKLENBURG | ) | |
| HOSPITAL AUTHORITY d/b/a ATRIUM | ) | |
| HEALTH, and KORN FERRY HAY | ) | |
| GROUP, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Korn Ferry (US)'s Unopposed Motion To Stay" (Document No. 78) filed September 16, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motion and the record, and noting agreement of the parties, the undersigned will <u>grant</u> the motion, with one modification. Defendants may file responses to "Plaintiffs' Notice Of Objections…" (Document No. 77) on or before September 28, 2021.

**IT IS, THEREFORE, ORDERED** that Defendant Korn Ferry (US)'s Unopposed Motion To Stay" (Document No. 78) is **GRANTED**. This matter is **STAYED** pending a decision by the Honorable Robert J. Conrad, Jr. on the "Memorandum Recommendation And Order" (Document No. 76) and "Plaintiffs' Notice Of Objections…" (Document No. 77), unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that responses to "Plaintiffs' Notice Of Objections…" (Document No. 77) may be filed on or before **September 28, 2021**.

**SO ORDERED**.

Signed: September 16, 2021

David C. Keesler
United States Magistrate Judge