IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-391-RJC-DCK

| | |
|---|---|
| JOSHUA GALLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE CHARLOTTE-MECKLENBURG ) | |
| HOSPITAL AUTHORITY, d/b/a ATRIUM ) | |
| HEALTH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay" (Document No. 93) filed March 21, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will <u>deny</u> the motion. However, the undersigned will allow an extension of the trial date in this matter to the July term.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay" (Document No. 93) is **DENIED**.

**IT IS FURTHER ORDERED** that the jury trial in this matter is continued to the **July 5, 2022** term.

**SO ORDERED**.

Signed: March 22, 2022

David C. Keesler
United States Magistrate Judge