# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-391-RJC-DCK

| | |
|---|---|
| JOSHUA GALLE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| THE CHARLOTTE-MECKLENBURG HOSPITAL AUTHORITY, d/b/a ATRIUM HEALTH, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Stay" (Document No. 96) filed May 17, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will <u>deny</u> the motion. However, the undersigned will allow an extension of the trial date in this matter to the September term.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Stay" (Document No. 96) is **DENIED**.

**IT IS FURTHER ORDERED** that the jury trial in this matter is continued to the term beginning on **September 6, 2022**.

**SO ORDERED**.

Signed: May 17, 2022

David C. Keesler
United States Magistrate Judge